IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**TIMOTHY O. SHEDWICK,**

    **Petitioner,**

    v.

**WARDEN, NORTH CENTRAL**
**CORRECTIONAL INSTITUTION,**

    **Respondent.**

**CASE NO. 2:13-CV-01230**
**JUDGE GREGORY L. FROST**
**Magistrate Judge Elizabeth P. Deavers**

## OPINION AND ORDER

On January 21, 2015, the Magistrate Judge issued a *Report and Recommendation* recommending that Petitioner's *Motions for Summary Judgment*, ECF 11, 13, be denied. ECF 15. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation,* and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation*, ECF 15, is **ADOPTED** and **AFFIRMED**. Petitioner's *Motions for Summary Judgment*, ECF 11, 13, are **DENIED.**

    **IT IS SO ORDERED.**

     /s/   GREGORY L. FROST
    GREGORY L. FROST
    United States District Judge